UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for
Computer servers at
America Online (AOL),
an e-mail provider headquartered
At 22000 AOL Way, Dulles, VA 20166

1:11-mj-25
UNDER SEAL - LEVEL 1

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an Order to extend precluding America Online (AOL) from notifying any person of the existence of the Search Warrant pertaining the e-mail account **nameofmysong@aol.com** finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that AOL shall not notify any person of the existence of the Search Warrant, for an additional period of ninety (90) days.

July __8__, 2011

/s/ Landya B. McCafferty
Landya B. McCafferty
United States magistrate Judge